# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-1086

_____

|  |  |  |
|---|---|---|
| L. D. McMullan; Nila Owens McMullan, | * | |
| | * | |
| | * | |
| Appellants, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Arkansas. |
| National Bank of Commerce, | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: June 3, 1998
Filed: June 9, 1998

_____

Before BOWMAN, Chief Judge, WOLLMAN, and BEAM, Circuit Judges.

_____

PER CURIAM.

L.D. and Nila McMullan appeal the district court's[1] order affirming the bankruptcy court's[2] judgment in favor of the National Bank of Commerce of El Dorado in this foreclosure action adjudicated as part of their Chapter 11 proceedings. Having

_____

[1]The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas.

[2]The Honorable James G. Mixon, Chief Judge, United States Bankruptcy Court for the Western District of Arkansas.

carefully reviewed the record, the parties' briefs, and the McMullan's motion to supplement the record, we conclude the bankruptcy court's judgment was correct. We decline to issue an extended opinion because the bankruptcy court's reasons are well-stated in its thorough opinion. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.